*In re* MARCOS FELICIANO CRESPO.

*Número:* AB-2001-75        *Resuelto:* 7 de marzo de 2003

*Carmen H. Carlos, directora de la Oficina de Inspección de Notarías; Edgardo Ortiz Bauzá, director interino de la Oficina de Inspección de Notarías; Marcos Feliciano Crespo, abogado querellado.*

PER CURIAM: El 14 de junio de 2002, mediante Resolución a esos efectos, y en lo pertinente, le concedimos al Lcdo. Marcos Feliciano Crespo

> ... un término improrrogable de veinte (20) días, contados a partir de la notificación de esta Resolución, para que se exprese sobre el Informe de la Directora de la Oficina de Inspección de Notarías.
> Se le instruye a la Secretaría notificarle dicho Informe al abogado con la presente Resolución.

No recibimos contestación alguna de parte del licenciado Feliciano Crespo a dicha Resolución. En vista a ello, el 4 de octubre de 2002 el Tribunal *motu proprio* emitió una nueva Resolución en la cual, en lo pertinente, le concedimos al referido abogado

> ... un término final de quince días para contestar nuestra resolución del 14 de junio de 2002.
> En su contestación deberá presentar la evidencia correspondiente de la inscripción registral en cuestión. Deberá así mismo reaccionar a los señalamientos de la Directora de la Oficina de Inspección de Notarías sobre la dilación irrazonable

del notario en la prestación de sus servicios a la quejosa y sobre la falta de información de parte del notario hacia la quejosa.

Se le apercibe que la falta de incumplimiento con esta Resolución aparejará las sanciones disciplinarias que procedan.

La referida Resolución le fue notificada, *personalmente*, al licenciado Feliciano Crespo *el 10 de octubre de 2002*, por uno de los alguaciles de este Tribunal. A pesar del tiempo transcurrido, el licenciado Feliciano Crespo *no* ha comparecido ante el Tribunal.

I

Resulta obvio que el licenciado Marcos Feliciano Crespo *no* interesa continuar practicando la honrosa profesión de abogado en nuestra jurisdicción.

Reiteradamente hemos expresado que los abogados tienen la ineludible obligación de responder diligentemente a los requerimientos de este Tribunal y que no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con las órdenes de este Tribunal. *In re Guemárez Santiago I*, 146 D.P.R. 27 (1998).

Por las razones antes expresadas, *procede separar, de forma inmediata e indefinida, del ejercicio de la profesión de abogado y de la notaría a Marcos Feliciano Crespo hasta que otra cosa disponga este Tribunal. Le imponemos el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta días a partir de su notificación el cumplimiento de estos deberes. El Alguacil del Tribunal Supremo procederá a incautarse de la obra notarial de Marcos Feliciano Crespo, incluyendo su sello notarial, luego de lo cual los entregará a la Oficina de Ins-*

*pección de Notarías para el correspondiente examen e informe a este Tribunal.*

*Se dictará Sentencia de conformidad.*

El Juez Presidente Señor Andréu García no intervino.